Chris Gordinho
600 Waiale Dr
Wailuku HI 96793

HONOLULU HI 968
17 DEC 2007 PM 2 T

THIS MAIL IS FROM AN INMATE IN A CORRECTIONAL INSTITUTION

U.S. District Court Hawaii
Prince Kuhio Federal Bld
300 alamoana Blvd
Honolulu Hi 96850

