UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**    CHRIS GRINDLING vs. STATE OF HAWAII, ET AL.,

**U.S. COURT OF APPEALS DOCKET NUMBER:** _____

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 03-00054DAE-KSC

II  **DATE NOTICE OF APPEAL FILED:**    December 19, 2007

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:**         **AMOUNT:**

**NOT PAID YET:** ✓           **BILLED:**   12/19/07

**U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:         & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:      DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV  **COMPANION CASES, IF ANY:**

CV 02-00144SOM-LEK;   CV 07-00502SOM-BMK

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

January 4, 2008

To All Counsel of Record as Appellees:

    IN RE:    CHRIS GRINDLING vs. STATE OF HAWAII, ET AL.,

                  CIVIL NO. 03-00054DAE-KSC   (Chris Grindling vs. Albert Murashige, et al.,)

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on December 19, 2007.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                        Sincerely Yours,
                                        SUE BEITIA, CLERK

                                        by: Laila M. Geronimo
                                            Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
      CHRIS GRINDLING (attorney for appellant)
          w/copy of instructions for civil appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet; CADS