Chris Grinding
ccc Waialae
Wailuku 96793

In the 9th Circuit Court of Appeals

Chris Grinding,   Cv. 00054-DAE-KSC
     v.           Request to Proceed
Albert Murashige  in forma Pauperis

Request

I Declare under Penalty of Perjury that I have no money or own any thing of value I'm in Prison and ask this Court to waive filing fees

1-8-8
Date

Chris Grinding

SCANNED

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

January 14, 2008

Clerk, U.S. Court of Appeals
for the Ninth Circuit
95 Seventh Street
P O Box 193939
San Francisco, California 94119-3939

Re: USDC for the District of Hawaii Case No. 1:03-cv-00054 DAE-KSC
Chris Grindling vs. Albert Murashige
**Appeal transmitted to 9CCA on January 7, 2008; 9CCA case number not known**

Dear Madam Clerk:

Per the instruction of the Honorable David Alan Ezra, please find enclosed a certified copy of Mr. Grindling's "Request to Proceed In Forma Pauperis" for consideration by the appellate court.

Sincerely Yours,

SUE BEITIA, CLERK
by: Anna F. Chang
Deputy Clerk

encl.
cc:   Mr. Chris Grindling