UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 13 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

CHRIS GRINDLING,

    Petitioner - Appellant,

v.

ALBERT MURASHIGE,

    Respondent - Appellee.

No. 08-15132

D.C. No. CV-03-00054-DAE/KSC
District of Hawaii,
Honolulu

ORDER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 15 2008

at __11__ o'clock and ____ min. ____M
SUE BEITIA, CLERK

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed pursuant to Federal Rules of Appellate Procedure 42(b).

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Acting Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 13 2008

Deputy Clerk

pro 2.11