```
INTERNAL USE ONLY: Proceedings include all events.
08-15132 Grindling v. Murashige

CHRIS GRINDLING                       Chris Grindling
     Petitioner - Appellant           A0721078
                                      [COR LD NTC prs]
                                      MCCC - MAUI COMMUNITY
                                      CORRECTIONAL CENTER
                                      600 Waiale Dr.
                                      Wailuku, HI 96793


     v.

ALBERT MURASHIGE                      Simone C. Polak
     Respondent - Appellee            FAX 808/270-7927
                                      808/270-7630
                                      [COR LD NTC cc]
                                      Arleen Y. Watanabe
                                      808/270-7740
                                      [COR LD NTC cc]
                                      Department of Prosecuting
                                      Attorney
                                      County of Maui
                                      150 S. High Street
                                      Wailuku, HI 96793
```